**No. 56238.**—W. F. Mackay v. United States, protests 138646–K and 144259–K (Pembina).

Opinion by MOLLISON, J. The protests were dismissed.

**No. 56239.**—Railway Express Agency, Inc. v. United States, protest 171702–K (Seattle).

Opinion by MOLLISON, J. The protest was dismissed.

**No. 56240.**—Daniel F. Young, Inc. v. United States, protest 175949–K (New York).

Opinion by MOLLISON, J. The protest was dismissed.

**No. 56241.**—F. H. Paul & Stein Bros., Inc. v. United States, protests 151796–K, etc. (New York).

Opinion by MOLLISON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 56242.**—Stancy Mfg. Corp. and Baran Leather Co. v. United States, protests 156475–K and 175742–K (New York).

Opinion by MOLLISON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.